UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIANNE FELLMAN,<br><br>        Petitioner,<br><br>   v.<br><br>DAWN DAVISON,<br><br>        Respondent. | No. CV 07-5399 JFW (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action on the merits with prejudice.

DATED: October 20, 2010

                                                JOHN F. WALTER<br>
                                                United States District Judge