1
2
3
4
5

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| DIANNE FELLMAN, | ) | No. CV 07-5399 JFW (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| DAWN DAVISON, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 20, 2010

_____
JOHN F. WALTER
United States District Judge